UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMRIT PAL SINGH,<br>Petitioner,<br>v.<br>WARDEN, GOLDEN STATE ANNEX FACILITY, et. al.,<br>Respondents. | No. 1:26-cv-01410-DAD-DMC-HC<br><br>ORDER |

Petitioner, an immigration detainee who is proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Pending before the Court is Respondents' motion to dismiss. See ECF No. 12.

Respondents contend that because Petitioner was afforded a bond hearing and subsequently released from custody, his petition is now moot. See id. Petitioner is directed to file an opposition or notice of non-opposition to the motion to dismiss within seven days of the date of this order. In the event an opposition is filed, Respondents shall have three days to file a reply.

IT IS SO ORDERED.

Dated: September 2, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE