UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AMRIT PAL SINGH,
A-245-080-117

Petitioner,

v.

WARDEN, GOLDEN STATE ANNEX FACILITY, et. al.,

Respondents.

No. 1:26-cv-01410-DAD-ICD (HC)

FINDINGS AND RECOMMENDATIONS

Petitioner, an immigration detainee who is proceeding with counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pending before the Court is Respondents' motion to dismiss. ECF No. 12.

Respondents argue that because Petitioner was afforded a bond hearing and subsequently released from custody, his petition is now moot. See id. On September 2, 2026, Petitioner was directed to file an opposition or notice of non-opposition to the motion to dismiss within seven days. ECF No. 13. To date, no opposition has been filed.

Additionally, the Court takes judicial notice of the information provided on the ICE's "Online Detainee Locator System" webpage, available at https://locator.ice.gov/ (last visited Sep. 16, 2026). See Fed. R. Evid. 201 (court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned); see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute."). This website indicates that Petitioner no longer remains in immigration detention. It therefore appears that Petitioner has obtained the relief sought in the petition.

Given that Petitioner failed to file an opposition to the motion to dismiss within the time

allowed and based on the record showing Petitioner is no longer in ICE custody, the undersigned recommends the motion to dismiss be granted.

Based on the foregoing, the undersigned RECOMMENDS that Respondents' motion to dismiss (ECF No. 12), be GRANTED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within **7 days** after being served with these findings and recommendations, any party may file written objections with the Court. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 16, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE